**Jody Larry MORROW, Petitioner–Appellant,**

v.

**Sidney HARKLEROAD, Marion Correctional Institution; Roy A. Cooper, III, Attorney General of North Carolina, Respondents–Appellees.**

No. 03–6715.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 12, 2003.

Decided Oct. 10, 2003.

Ann Bach Petersen, James Richard Glover, Glover & Petersen, P.A., Chapel Hill, North Carolina, for Appellant. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Jody Larry Morrow appeals from the order of the district court denying relief on his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (2000). In reviewing the denial of a § 2254 petition, this Court may only grant a certificate of appealability if the appellant makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). The relevant inquiry is whether " 'reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.' " *Miller–El v. Cockrell*, 537 U.S. 322, 337–39, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)). We have independently reviewed the record and conclude that Morrow has failed to make this showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*